EXHIBIT "D"

# Hitek Software, LLC

## Proof of illegal usage

| | |
|---|---|
| Computer Name | Database2 |
| Server date | 2009-10-05 20:01:00.0 EDT |
| Installed (user date) | May 18, 2009 8:10:42 PM EDT |
| Program | Automize Enterprise |
| Program Version | 8.21 |
| Key | GHTR7-QXY8R-RQRXR-SR5GY |
| Public IP | 70.63.120.58 |
| Host | rrcs-70-63-120-58.midsouth.biz.rr.com |
| Private IP | 192.168.1.208 |
| Username | Administrator |
| Total Tasks | 33 |
| Total Schedules | 1 |
| Task Runs | 726354 |
| Files Processed | 223 |

------------------------------------------------

**DOE**

## Hitek Software, LLC

## Proof of illegal registration

| | |
|---|---|
| **Computer Name** | Database2 |

---

| | |
|---|---|
| Server date | 2009-05-18 20:05:12.0 EDT |
| Installed (user date) | May 18, 2009 8:10:42 PM EDT |
| Program | Automize Enterprise |
| Program Version | 8.21 |
| Key | GHTR7-QXY8R-RQRXR-SR5GY |
| Public IP | 96.10.200.109 |
| Host | rrcs-96-10-200-109.midsouth.biz.rr.com |
| Private IP | 192.168.1.208 |
| Username | Administrator |
| Total Tasks | 0 |
| Total Schedules | 0 |
| Task Runs | 0 |
| Files Processed | 0 |

---

**DOE**

# Hitek Software, LLC

## Proof of illegal usage

| | |
|---|---|
| Computer Name | Database2 |
| Server date | 2009-07-27 08:35:38.0 EDT |
| Installed (user date) | May 18, 2009 8:10:42 PM EDT |
| Program | Automize Enterprise |
| Program Version | 8.21 |
| Key | GHTR7-QXY8R-RQRXR-SR5GY |
| Public IP | 96.10.200.109 |
| Host | rrcs-96-10-200-109.midsouth.biz.rr.com |
| Private IP | 192.168.1.208 |
| Username | Administrator |
| Total Tasks | 25 |
| Total Schedules | 1 |
| Task Runs | 327419 |
| Files Processed | 80 |

-------------------------------------------------

**DOE**

## Hitek Software, LLC

## Proof of illegal usage

| | |
|---|---|
| Computer Name | Database2 |
| Server date | 2009-12-29 11:35:54.0 EST |
| Installed (user date) | May 18, 2009 8:10:42 PM EDT |
| Program | Automize Enterprise |
| Program Version | 8.21 |
| Key | GHTR7-QXY8R-RQRXR-SR5GY |
| Public IP | 74.211.184.226 |
| Host | dsl211-184-226.ser1.dsl.speakeasy.net |
| Private IP | 192.168.1.208 |
| Username | Administrator |
| Total Tasks | 40 |
| Total Schedules | 1 |
| Task Runs | 1208753 |
| Files Processed | 354 |

**DOE**

# Hitek Software, LLC

## Proof of illegal usage

| | |
|---|---|
| Computer Name | Database2 |
| Server date | 2010-03-07 09:01:44.0 EST |
| Installed (user date) | May 18, 2009 8:10:42 PM EDT |
| Program | Automize Enterprise |
| Program Version | 8.21 |
| Key | GHTR7-QXY8R-RQRXR-SR5GY |
| Public IP | 74.211.184.226 |
| Host | dsl211-184-226.ser1.dsl.speakeasy.net |
| Private IP | 192.168.1.208 |
| Username | Administrator |
| Total Tasks | 40 |
| Total Schedules | 1 |
| Task Runs | 1564254 |
| Files Processed | 473 |

-------------------------------------------------
**DOE**

# Hitek Software, LLC

## Proof of illegal usage

| | |
|---|---|
| Computer Name | Database2 |
| Server date | 2010-05-07 18:25:08.0 EDT |
| Installed (user date) | May 18, 2009 8:10:42 PM EDT |
| Program | Automize Enterprise |
| Program Version | 8.21 |
| Key | GHTR7-QXY8R-RQRXR-SR5GY |
| Public IP | 74.211.184.226 |
| Host | dsl211-184-226.ser1.dsl.speakeasy.net |
| Private IP | 192.168.1.208 |
| Username | Administrator |
| Total Tasks | 40 |
| Total Schedules | 1 |
| Task Runs | 1904530 |
| Files Processed | 473 |

--------------------------------------------------

**DOE**

# Hitek Software, LLC

## Proof of illegal usage

| | |
|---|---|
| Computer Name | Database2 |
| Server date | 2010-08-25 08:58:41.0 EDT |
| Installed (user date) | May 18, 2009 8:10:42 PM EDT |
| Program | Automize Enterprise |
| Program Version | 8.21 |
| Key | GHTR7-QXY8R-RQRXR-SR5GY |
| Public IP | 74.211.184.226 |
| Host | dsl211-184-226.ser1.dsl.speakeasy.net |
| Private IP | 192.168.1.208 |
| Username | Administrator |
| Total Tasks | 41 |
| Total Schedules | 1 |
| Task Runs | 2528896 |
| Files Processed | 1716 |

-------------------------------------------------
**DOE**

# Hitek Software, LLC

## Proof of illegal usage

| | |
|---|---|
| **Computer Name** | Database2 |

---

| | |
|---|---|
| **Server date** | 2010-11-14 17:16:10.0 EST |
| **Installed (user date)** | May 18, 2009 8:10:42 PM EDT |
| **Program** | Automize Enterprise |
| **Program Version** | 8.21 |
| **Key** | GHTR7-QXY8R-RQRXR-SR5GY |
| **Public IP** | 74.211.184.226 |
| **Host** | dsl211-184-226.ser1.dsl.speakeasy.net |
| **Private IP** | 192.168.1.208 |
| **Username** | Administrator |
| **Total Tasks** | 42 |
| **Total Schedules** | 1 |
| **Task Runs** | 2987885 |
| **Files Processed** | 1716 |

---

**DOE**

# Hitek Software, LLC

## Proof of illegal usage

| | |
|---|---|
| Computer Name | Database2 |
| Server date | 2011-02-07 09:18:51.0 EST |
| Installed (user date) | May 18, 2009 8:10:42 PM EDT |
| Program | Automize Enterprise |
| Program Version | 8.21 |
| Key | GHTR7-QXY8R-RQRXR-SR5GY |
| Public IP | 74.211.184.226 |
| Host | dsl211-184-226.ser1.dsl.speakeasy.net |
| Private IP | 192.168.1.208 |
| Username | Administrator |
| Total Tasks | 52 |
| Total Schedules | 1 |
| Task Runs | 3467050 |
| Files Processed | 17415 |

---

**DOE**

## Hitek Software, LLC

## Proof of illegal usage

| | |
|---|---|
| **Computer Name** | Database2 |

---

| | |
|---|---|
| **Server date** | 2011-04-12 21:07:40.0 EDT |
| **Installed (user date)** | May 18, 2009 8:10:42 PM EDT |
| **Program** | Automize Enterprise |
| **Program Version** | 8.21 |
| **Key** | GHTR7-QXY8R-RQRXR-SR5GY |
| **Public IP** | 74.211.184.226 |
| **Host** | dsl211-184-226.ser1.dsl.speakeasy.net |
| **Private IP** | 192.168.1.208 |
| **Username** | Administrator |
| **Total Tasks** | 54 |
| **Total Schedules** | 2 |
| **Task Runs** | 3832869 |
| **Files Processed** | 55701 |

---

**DOE**

## Hitek Software, LLC

## Proof of illegal usage

| | |
|---|---|
| Computer Name | Database2 |
| Server date | 2011-10-21 07:56:10.0 EDT |
| Installed (user date) | May 18, 2009 8:10:42 PM EDT |
| Program | Automize Enterprise |
| Program Version | 8.21 |
| Key | GHTR7-QXY8R-RQRXR-SR5GY |
| Public IP | 74.211.184.226 |
| Host | dsl211-184-226.ser1.dsl.speakeasy.net |
| Private IP | 192.168.1.208 |
| Username | Administrator |
| Total Tasks | 62 |
| Total Schedules | 3 |
| Task Runs | 4368351 |
| Files Processed | 145185 |

------------------------------------------------

## DOE

## Hitek Software, LLC

## Proof of illegal usage

| | |
|---|---|
| **Computer Name** | Database2 |
| **Server date** | 2012-01-01 21:33:40.0 EST |
| **Installed (user date)** | May 18, 2009 8:10:42 PM EDT |
| **Program** | Automize Enterprise |
| **Program Version** | 8.21 |
| **Key** | GHTR7-QXY8R-RQRXR-SR5GY |
| **Public IP** | 74.211.184.226 |
| **Host** | dsl211-184-226.ser1.dsl.speakeasy.net |
| **Private IP** | 192.168.1.208 |
| **Username** | Administrator |
| **Total Tasks** | 56 |
| **Total Schedules** | 3 |
| **Task Runs** | 4368685 |
| **Files Processed** | 194599 |

--------------------------------------------------

**DOE**

# Hitek Software, LLC

## Proof of illegal usage

| | |
|---|---|
| **Computer Name** | Database2 |
| **Server date** | 2012-03-07 22:04:20.0 EST |
| **Installed (user date)** | May 18, 2009 8:10:42 PM EDT |
| **Program** | Automize Enterprise |
| **Program Version** | 8.21 |
| **Key** | GHTR7-QXY8R-RQRXR-SR5GY |
| **Public IP** | 74.211.184.226 |
| **Host** | dsl211-184-226.ser1.dsl.speakeasy.net |
| **Private IP** | 192.168.1.208 |
| **Username** | Administrator |
| **Total Tasks** | 56 |
| **Total Schedules** | 3 |
| **Task Runs** | 4368833 |
| **Files Processed** | 208462 |

---

**DOE**

# Hitek Software, LLC

## Proof of illegal usage

| | |
|---|---|
| **Computer Name** | Database2 |

---

| | |
|---|---|
| **Server date** | 2012-05-16 10:34:39.0 EDT |
| **Installed (user date)** | May 18, 2009 8:10:42 PM EDT |
| **Program** | Automize Enterprise |
| **Program Version** | 8.21 |
| **Key** | GHTR7-QXY8R-RQRXR-SR5GY |
| **Public IP** | 74.211.184.226 |
| **Host** | dsl211-184-226.ser1.dsl.speakeasy.net |
| **Private IP** | 192.168.1.208 |
| **Username** | Administrator |
| **Total Tasks** | 56 |
| **Total Schedules** | 3 |
| **Task Runs** | 4368911 |
| **Files Processed** | 227436 |

---

**DOE**